UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ERNEST LENEAU
_____

_____

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

N.Y.C.D.O.C. COMM. JOSEPH PONTE;
warden k. collins; DEPUTY WARDEN
PROGRAMS; JOHN/JANE DOE; C.O. DEJESUS,
BADGE #11782
_____

_____

_____

RECEIVED
SDNY PRO SE OFFICE
2016 FEB -2 AM 10:00

COMPLAINT
under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial: ☒ Yes ☐ No
(check one)

16CV 0776

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

I.  Parties in this complaint:

A.  List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff    Name        ERNEST LENEAU
             ID #        ████ ████████
             Current Institution    R.N.D.C.
             Address     11-11 HAZEN STREET
                         EAST ELMHURST,

B.  List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1   Name   N.Y.C.D.O.C. JOSEPH PONTE, COMM.    Shield # _____
                  Where Currently Employed   RIKERS ISLAND
                  Address   75-20 ASTORIA BLVD.
                            EAST ELMHURST, N.Y. 11370

Defendant No. 2 Name WARDEN K. COLLINS Shield # _____
Where Currently Employed R.N.D.C.
Address 11_11 HAZEN STREET
EAST ELMHURST, N.Y. 11370

Defendant No. 3 Name DEPUTY WARDEN PROGRAMS JOHN/JANE DOE Shield # _____
Where Currently Employed R.N.D.C.
Address 11_11 HAZEN STREET
EAST ELMHURST, N.Y. 11370

Defendant No. 4 Name C.O. DEJESUS Shield # 11782
Where Currently Employed R.N.D.C.
Address EST ELMHURST, N.Y. 11370

Defendant No. 5 Name _____ Shield # _____
Where Currently Employed _____
Address _____

## II. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. In what institution did the events giving rise to your claim(s) occur?
R.N.D.C.

B. Where in the institution did the events giving rise to your claim(s) occur?
SOCIAL SERVICE, AND GRIEVANCE OFFICWE

C. What date and approximate time did the events giving rise to your claim(s) occur?
JANUARY 19, 2016 AT APPROXIMATELY 12:15 P.M.

Rev. 05/2010

2

D. Facts: ON JANUARY 19, 2016 PLAINTIFF ERNEST LENEAU, PRO SE WAS DISCRIMINATED AND INCARCERATEDLY RACIALLY PROFILED VIA EMPLOYMENT BY DEFENDANT C.O. DEJESUS #11782 IN THE SOCIAL SERVICE AREA WHERE HE WAS A MAINTENANCE WORKER, BUT BECAUSE HE WAS NOT OF LATINO DESCENT, THIS DEFENDANT OFTEN TIMES TREATED PLAINTIFF, PRO SE LIKE HE WAS A SLAVE BARKING OUT WORK ORDERS IN A DISCRIMINATORY MANNER, AT ONE POINT STATING YOUNIGGERS AROUND HERE ARE LAZY, I DONOW NEED YOUR SERVICES ANYMORE", AND FIRED FOR THGE SOLE PURPOSE OF THE COLOR OF HIS SKIN. PLAINTIFF FILED A GRIEVANCE( SEE GRIEVANCE ATTACHED HERETO AS EXHIBIT"A"). PLAINTIFF IS DEVASTATED, BECAUSE HE NO LONGER WORKS, AND HAS TO SPEWND HIS FREE TIME DOING NOTHING BECAUSE HE LOST HIS JOB AS THE EXACT RESULT OF RACIAL INCACEWRATION EMPLOYMENT PROFILING. EVEN THE BLACK DISCHARGE PLANNER MR. WALKER, AND JANE DOE BLACK GRIEVANCE OFFICEWR THAT WORK AS CIVILIANS IN THE SAME AREA HAVE TESTIFIED TO PLAINTIFF AS KNOWING THAT DEFENDANT DEJESUS #11782 IS A RCIST, AND MADE RFEMARKS UNDER HER BREATH TOWARDS THEM AS NOT LIKING BLACK PEOPLE, AND THOSE ARE HER PEERS AND CO-WORKERS. THE DEFENDANTS N.Y.C. D.O.C. COMMISSIONER DEFENDANT JOSEPH PONTE, AND DEFENDANTS WARDEN K. COLLINS, AND DEPUTY WARDEN OF PROGRAMS DEFENDANT HAVE PERSONAL, AND MUNICIPAL LIABILITY WHEREAS THEY HAVE NOTR CREATED A DIERECTIVE,

III. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. PLAINTIFF HAS SUFFERED EMOTIONAL STRESS, AND MENTAL ANGUISH, AS THE EXACT RESULT OF THE FIRING VIA DISCIMINATORY PRACTICES BY THE DEFENDANT C.O. DEJESUS #11782. NIGHTMARES, INSOMNIA, PARNOIA, FEZR OF WORKING INSIDE THE JAIL FOR SOMEONE OF HISPANIC DESCENT, CHRONIC MIGRAINE HEADACHES FEAR OF WSORKING. FEAR FOR HIS SAFETY.

IV. Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes XX  No ___

AND/OR POLICY DURING DEFENDANT'S JESUS #11782 TRAINIG AND/OR TEACHING THAT WOULD ENCORAGE, AND DETER THIS DEFENDANT FROM BEING DISCIMINATORY AGAINST ANY HUMAN BEING AND/OR DETAINEE OF COLOR ALIKE THAT DOES NOT OPERATE OUT SIDE THE UNITED STATES CONSTIUTION OF AMERICA. IN DOING SO THIS DEFENDANT HAS BEEN AND DISPLAYED AN ACT OF DELIBERATE INDIFFEDRENCE TOWRADS PLAINTIFF, PRO SE, THAT EMANATES CRUEL AND UNUSUAL PUNISHMENT, THAT VIOLATE PLAINTIFF'S EIGHTH AMENMENT AND FOURTEENTH AMENDMENT RIGHTS DENYING HIS DUE PROCESS RIGHTS TO BE ISSUED A INFRACTION AND/OR MIS BE-HAVIOR REPORT THAT WOULD WARRANT HIS TERMENATION FROM SAIB MAINTENANCE DUTIES AS A PORTER. THIS HAS CAUSED A GREAT HARDSHIP ON PLAINTIFF, BE-CAUSE NOW HE HAS TO RELY ON HIS FAMILY WHO ARE STRUGGLING ON THE OUTSIDE TO MAKE ENDS MEET TB SUPPORT HIM FINANCIALLY. RACISM IS A POISOMNOUS WEAPON TO USE AGAINST ANY PEOPLE OF COLOR, AND SHALL NOT BE OR WILL BE TOLERATED IN THE UNITED STATES OF AMERICA AGAIN, OR THIS COURT THAT UPHOLDS THE SCALE IN BALNACING JUSTICE. WHEREFORE ALL THE DEFENDANTS NAMED ARE LIABLE AND RESPONSIBLE FOR SAID HARDSHIP THAT THE PLAINTIFF, PRO SE ERNEST LENEAU HAS EXPERIENCED UNDER THE CARE CUSTODY, AND CONTROL OF ALL THE DEFENDANTS, SPECIFICALLY C.O. DEJESUS #11782.

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).    R.N.D.C.

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes **XX**    No ____    Do Not Know ____

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes ____    No ____    Do Not Know **XX STILL PENDING**

If YES, which claim(s)?    **NOT APPLICABLE**

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes **XX**    No ____

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes **XX**    No ____

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance?    **MS. AGNES BAIK, PRISONER'S RIGHTS PROJECGTT**

1. Which claim(s) in this complaint did you grieve?    **DISCRIMINATION**

2. What was the result, if any?    **STILL PENDING INVESTIGATION.**

3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process.    **AWAITING HEARING TO APPEAL TO WARDEN, AND THE NEW YORK CITY DEPARTMENT OF CORRECTION COMMISSIONER DEFENDANT JOSEPH PONTE**

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

**NOT APPLICABLE**

2. If you did not file a grievance but informed any officials of your claim, state who you informed,

*Rev. 05/2010*                                              4

when and how, and their response, if any: __NOT APPLICABLE__

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. __AWAITING GRIEVANCE HEARING FOR APPEAL PURPOSES. WHEN OPPORTUNITY EXIST WILL EXHAUST PER COURT REQUIREMENT.__

Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V. Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). __PLAINTIFF SEEKS PAIN AND SUFFERING DAMAGES FROM EACH DEFENDANT IN THEIR INDIVIDUAL CAPACITY AND OFFICIAL CAPACITY IN THE AMOUNT OF $25,000.00 PLAINTIFF ALSO SAEEKS EMOTIONAL STRESS, AND MENTAL ANGUISH DAMAGES IN THE AMOUNT OF $25,000.00 IN THE SAME CAPACITY, AND FINALLY PLAINTIFF SEEKS $25,000.00 IN PUNITIVE DAMAGES FROM EACH DEFENDANT IN THEIR INDIVIDUAL AND OFFICIAL CAPACITY FOR A SUBTOTAL OF $300,000.00 PLAINTIFF ALSO SEEKS AN ORDER FOR THE DEFENDANTS TO ADOPT DIRECTRIVES AND POLICIES THAT DO NOT DISCRIMINATE AGAINST DETAINEES AND INMATES ALIKEW WHILE EMPLOYED IN THE R.N.D.C. THAT NO REPRISALS ARE MADE AGAINST PLAINTIFF FROM THE EXACT RESULT FROM THE FILING OF THIS COMPLAINT.__

VI. Previous lawsuits:

On these claims

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ____  No __XXX__

Rev. 05/2010

5

B. If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff __NOT APPLICABLE__

Defendants __NOT APPLICABLE__

2. Court (if federal court, name the district; if state court, name the county) __NOT APPLICABLE__

3. Docket or Index number __NOT APPLICABLE__

4. Name of Judge assigned to your case __NOT APPLICABLE__

5. Approximate date of filing lawsuit __NOT APPLICABLE__

6. Is the case still pending? Yes ___ No _XX_

If NO, give the approximate date of disposition __NOT APPLICABLE__

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) __NOT APPLICABLE__ __NOT APPLICABLE__

[On other claims]

C. Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?
Yes ___ No _XX_

D. If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff __NOT APPLICANBLE__

Defendants __NOT APPLICABLE__

2. Court (if federal court, name the district; if state court, name the county) __NOT APPLICABLE__

3. Docket or Index number __NOT APPLICABLE__ __NOT APPLICABLE__

4. Name of Judge assigned to your case __NOT APPLICABLE__

5. Approximate date of filing lawsuit __NOT APPLICABLE__

6. Is the case still pending? Yes ___ No _XX_

If NO, give the approximate date of disposition __NOT APPLICABLE__

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) __NOT APPLICABLE__

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __21ST__ day of __JANUARY__, 20__16__.

Signature of Plaintiff

Inmate Number: 1411413352

Institution Address: 11-11 HAEN STREET, R.N.D.C.
EAST ELMHURST, N.Y. 11370

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this __21ST__ day of __JANUARY__, 20__16__, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _[signature]_

Rev. 05/2010                                   7

Form: # 7101R, Eff.: 09/10/12, Ref.: Dir. #3376 page 1

# City of New York - Department of Correction
# INMATE GRIEVANCE AND REQUEST PROGRAM STATEMENT FORM

**Inmate's Name:** Ernest Leneau
**Book & Case #:** 1411413352
**NYSID # (optional):**
**Facility:** RNDC
**Housing Area:** 6 Upper North
**Date of Incident:** 1/19/16
**Date Submitted:** 1/20/16

All grievances and requests must be submitted within ten business days after the incident occurred, unless the condition or issue is on-going. The inmate filing the grievance or request must personally prepare this statement. Upon collection by Inmate Grievance and Request Program (IGRP) staff, IGRP staff will time-stamp and issue it a grievance/request reference number. IGRP staff shall provide the inmate with a copy of this form as a record of receipt within two business days of receiving it.

**Request or Grievance:** On 1/19/16 at 12:15 while going to work Ms DeJesus came up to me and said I don't want you to come here anymore. I walk out and she came to the library to see if I was there. She made me feel disrespect a lot of times. She is very discriminate against Black Men in the office. I should be treated fair not because my skin is Dark.

**Action Requested by Inmate:** She need to be remove from Social Service because she is racist. Her cruel and unusual punishment inflicted on me and other people need to stop. As President for the Inmates I will not stand for it.

**Please read below and check the correct box:**

Do you agree to have your statement edited for clarification by IGRP staff? ☐ Yes ☐ No
Do you need the IGRP staff to write the grievance or request for you? ☐ Yes ☐ No
Have you filed this grievance or request with a court or other agency? ☐ Yes ☐ No
Did you require the assistance of an interpreter? ☐ Yes ☒ No

**Inmate's Signature:** Ernest Leneau
**Date of Signature:** 1/20/16

**For DOC Office Use Only**
IGRP RETAINS THE DOUBLE-SIDED ORIGINAL FOR ADMINISTRATIVE RECORDS.
IGRP MUST PROVIDE A COPY OF THIS FORM TO THE INMATE AS A RECORD OF RECEIPT.

**Time Stamp Below:**
**Grievance and Request Reference #:**
**Category:**
**Inmate Grievance and Request Program Staff's Signature:**

MR. ERNEST LENEAU #1411413352
11-11 HAZEN ST.
EAST ELMHURST, N.Y. 11370





PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL®**

7015 1520 0002 5279 2491

PRO SE INTAKE UNIT ROOM 200
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
U.S COURTHOUSE- 500 PEARL ST.
NEW YORK, N.Y. 10007

RECEIVED
SDNY PRO SE OFFICE
2016 FEB -2 AM 10:00

"CONFIDENTIAL LEGAL MAIL"