UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

ERNEST LENEAU,

                                Plaintiff,

-against-

NEW YORK CITY DEPARTMENT OF
CORRECTION COMMISSIONER JOSEPH PONTE,
WARDEN K. COLLINS, DEPUTY WARDEN
PROGRAMS JOHN/JANE DOE, CORRECTIONS
OFFICER DEJESUS,

                                Defendants.

------------------------------------------------------------------------ x

**NOTICE OF MOTION**

16-CV-776 (GHW)

      **PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law dated August 15, 2016, and upon all the papers and proceedings had herein, Defendants Commissioner Joseph Ponte, Warden Karen Collins, and Officer DeJesus will move this Court, before the Honorable Gregory H. Woods at the United States Courthouse for the Southern District of New York located at 500 Pearl Street, New York, New York 10007-1312, on a date and time to be determined by the Court, for an order pursuant to Federal Rule of Civil Procedure 12(b)(6) dismissing the Complaint on the ground that (1) Plaintiff's action is barred as he failed to exhaust his administrative remedies, and (2) Plaintiff has failed to state a claim upon which relief can be granted, and granting Defendant such other and further relief as the Court deems just and proper.

Dated:   New York, New York
          August 15, 2016

                                          ZACHARY W. CARTER
                                          Corporation Counsel of the
                                           City of New York

Attorney for Defendant
100 Church Street
New York, New York 10007
(212) 356-0873


By:     /s/*James M. Dervin*
          James M. Dervin
          Assistant Corporation Counsel

ii