```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/28/18
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

___ERNEST  LENEAU_____

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

__16__ Civ. __776__ (G)(H)W

-against-

APPLICATION FOR THE COURT
TO REQUEST COUNSEL

___JOSEPH  PONTE, et al._____

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

I, __ERNEST LENEAU_____, *(print or type your name)* am a party in this case and am unable to afford the services of an attorney. I hereby request the Court to grant my request for counsel to represent me in this proceedings.

1. In support of my application, I provide the following information:

    A.  Explain why you feel you need a lawyer in this case. (Use additional paper if necessary)

    I feel that because I'm not a lawyer and some of the language I don't understand and it may cost me. Also I can prove the misconduct of the C.O..

    B.  Explain what steps you have taken to find an attorney and with what results. (Use additional paper if necessary)

    I have made my family look online, made phone calls, I wrote to 30 different lawyer and no answer because I'm in jail.

    C.  If you need a lawyer who speaks in a language other than English, state what language you speak: None

2.     In further support of my application, I declare that (check appropriate box):

[✓] I have previously filed a Request to Proceed *In Forma Pauperis* application in this proceeding, and it is a true and correct representation of my current financial status.

[ ] I have not previously filed a Request to Proceed *In Forma Pauperis* in this proceeding, and now attach an original Request to Proceed *In Forma Pauperis* application detailing my financial status.

[ ] I have previously filed a Request to Proceed *In Forma Pauperis* application in this proceeding, however, my financial status has changed. I have attached another Request to Proceed *In Forma Pauperis* application showing my current financial status.

3.     I understand that if a lawyer volunteers to represent me and that lawyer learns that I can afford to pay for a lawyer, the lawyer may give this information to the Court.

4.     I understand that if my answers on this application are false, my case may be dismissed.

5.     **I declare under penalty of perjury that the foregoing is true and correct.**

Dated: *March 26, 2018*

_____
Signature

***Please note that even if the Court grants your request for counsel, you will receive *pro bono* counsel only if a member of the Court's *Pro Bono* panel volunteers to take your case. There is no guarantee that you will actually get counsel.***

*Rev. 10/2010*